IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                           NO. 05-20056-Ma

LENARD LITTLE,

    Defendant.

---

ORDER GRANTING PERMISSION FOR DEFENDANT TO TRAVEL

---

Before the court is the November 17, 2005, motion by defendant Lenard Little requesting permission to travel to Detroit, Michigan, to visit family. Mr. Little's Pretrial Officer and counsel for the government do not object to the motion. For good cause shown, the motion to travel is granted and defendant is allowed to travel to Detroit, Michigan, on November 28, 2005, and to return to Memphis on December 6, 2005, for the purpose of visiting family in Detroit.

It is so ORDERED this 18th day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 511 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

William C. Anderson
ANDERSON LAW FIRM
369 N. Main St.
Memphis, TN 38103

Tim J. Thompson
LAW OFFICES OF TIM J. THOMPSON
140 N. Third Street
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT